UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JENKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01125-JLT-CDB (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE FRESNO COUNTY SHERIFF |

   Plaintiff Willie Jenkins is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint with this Court on September 4, 2025. (Doc. 1). That same day, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(1). The Fresno County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is GRANTED.
   2. **The Fresno County Sheriff or his designee shall collect payments from**

1  **plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding**
2  **month's income credited to the prisoner's trust account and shall forward those payments to**
3  **the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance**
4  **with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the**
5  **Clerk of the Court. The payments shall be clearly identified by the name and number**
6  **assigned to this action.**

7        3. The Clerk of the Court is directed to serve a copy of this order and a copy of
8  Plaintiff's *in forma pauperis* application on the Fresno County Sheriff located at P.O. Box 45025,
9  Fresno, CA 93718.

10        4. The Clerk of the Court is directed to serve a copy of this order on the Financial
11  Department, U.S. District Court, Eastern District of California, Sacramento Division.

12  IT IS SO ORDERED.

13  Dated: __November 7, 2025__          _____
14                                                      UNITED STATES MAGISTRATE JUDGE