**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE JENKINS,<br>Plaintiff,<br>v.<br>RODRIGUEZ, et al.,<br>Defendants. | Case No. 1:25-cv-01125 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 13) |

Willie Jenkins asserts that he suffered violations of his civil rights while housed at Fresno County Jail and seeks to hold the defendants liable pursuant to 42 U.S.C. § 1983. After Plaintiff failed to respond to the Court's screening order, the magistrate judge found Plaintiff failed to prosecute this case and failed to comply with the Court's order. (Doc. 13 at 1-2.) The magistrate judge found terminating sanctions were appropriate for these failures after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza,* 291 F.3d 639, 642 (9th Cir. 2002). (*Id.* at 2-3.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 21 days. (Doc. 13 at 4) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The U.S. Postal Service

returned the Court's mail as undeliverable. Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f). Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 22, 2026 (Doc. 13) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice for failure to prosecute and failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE